UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MAJERE FAUNTLEROY,<br><br>Plaintiff,<br><br>v.<br><br>CONIFER REALTY, LLC,<br><br>Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>No. 25-3105 (KMW-MJS)<br><br>**MEMORANDUM OPINION AND ORDER** |

**THIS MATTER** comes before the Court by way of pro se Plaintiff Majere Fauntleroy's ("Plaintiff") Amended Application to Proceed in District Court Without Prepaying Fees or Costs ("Amended IFP Application") (ECF No. 7) pursuant to 28 U.S.C. § 1915(a)(1) and the Court's Order to Show Cause ("OTSC") (ECF No. 11); and

**THE COURT NOTING** that on December 5, 2025 the Court Ordered that "Within thirty (30) days from the date of the Order, the Plaintiff shall file under seal on the docket documentation for in camera review that supports her monthly income and expenses"; and

**THE COURT FURTHER NOTING** that Plaintiff was advised that if she "fails to respond within thirty (30) days, her Application to Proceed *in forma pauperis* (ECF No. 7) will be denied"; and

**THE COURT FURTHER NOTING** that Plaintiff has not complied with the Court's Order (ECF No. 11).

**IT IS HEREBY** on this ⟋⟍ day of March, 2026 **ORDERED**

**A.** Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915 (ECF No. 7) is hereby **DENIED**.

**B.** The clerk is ordered to close the case. Plaintiff may submit payment in the amount of $405 within 14 days from the date of this order to reopen the case without further action from the court.

**C.** Failure to submit payment within 14 days from the date of this order will result in this case being terminated.

**D.** The Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

KAREN M. WILLIAMS
United States District Judge

2